1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,                          No. C 07-4197 SI (pr)

       Petitioner,                       **ORDER FOR STATUS REPORT
FROM RESPONDENT**

    v.

ED FOULK,
CEO of Napa State Hospital,

       Respondent.
_____/

     Vincent Rosenbalm, incarcerated at Napa State Hospital, has filed a petition for writ of
habeas corpus under 28 U.S.C. § 2254.  His petition is now before the court for review pursuant
to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases ("Rule 4").

     A district court considering an application for a writ of habeas corpus shall "award the
writ or issue an order directing the respondent to show cause why the writ should not be granted,
unless it appears from the application that the applicant or person detained is not entitled
thereto." 28 U.S.C. § 2243. Rule 4 allows the court to "order the respondent to file an answer,
motion, or other response within a fixed time."  This case calls for use of Rule 4's "other
response" option.

     This  is one of more than a dozen cases Rosenbalm has filed in the last year in this court,
all of which in some way pertain to a criminal case against him in Mendocino County Superior
Court. Not only has he filed many cases, he has filed many documents in some of the cases, e.g.,

there are already 19 filings from him in just this case. His filings are very confused, repetitive, and difficult to understand.

A threshold problem for this court is that Rosenbalm has not clearly articulated why he is in a state mental hospital and what is happening in his state criminal case. The court earlier asked him for information about his current residence in Napa State Hospital but that yielded mixed results when Rosenbalm said hospital staff wouldn't provide him with the paper work to send to the court. See Order To Show Cause Re. Contemplated Dismissal and Order Of Dismissal in In Re. Rosenbalm, Nos. C 06-7801 SI (pr). In the current action, Rosenbalm states that a court order was issued on April 13, 2007, by Judge Brennan that has something to do with his detention at the state hospital and/or medication.

The court might better understand Rosenbalm's situation and legal problem(s) if respondent and his counsel provide some background information. The court therefore will require respondent to file and serve a status report and exhibits to provide information about Rosenbalm's current hospitalization, Rosenbalm's involuntary medication (if any), and the criminal case against Rosenbalm. The status report must be filed and served no later than **January 18, 2008**, and should answer these questions and provide these documents:

1. Is Rosenbalm currently at Napa State Hospital pursuant to a court order (e.g., a civil commitment order or order from the criminal court)? Attach to the status report copies of the order(s).

2. Has Rosenbalm been involuntarily medicated at Napa State Hospital at any time during 2007? Attach to the status report copies of any orders authorizing the medication and any applications to subject him to involuntary medication. Also identify the medications administered to Rosenbalm involuntarily in 2007.

3. What is the status of Rosenbalm's criminal case in Mendocino County (e.g., pending, acquittal, conviction, or suspended related to his current hospitalization)? What are the pending charges? Has trial date been set? (Rosenbalm has identified the case as Mendocino County Superior Court, Case No. MCUK CRCR 06-74005.)

2

1    The clerk shall serve by certified mail a copy of this order and the contents of the case

2    file for this action upon respondent and respondent's attorney, the Attorney General of the State

3    of California.  The clerk also shall serve a copy of this order on petitioner.

4        Petitioner's in forma pauperis applications are DENIED as unnecessary because he paid

5    the filing fee.  (Docket # 2, # 6.)

6        IT IS SO ORDERED.

7    DATED: December 17, 2007

        _____
        SUSAN ILLSTON
8        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28