UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM, | No. C 07-4197 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| ED FOULK, CEO of Napa State Hospital, | |
|     Respondent. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 3, 2008

                                          SUSAN ILLSTON
                                  United States District Judge