UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM,<br><br>    Petitioner,<br><br>  v.<br><br>ED FOULK,<br>CEO Of Napa State Hospital,<br><br>    Respondent.<br>_____/ | No. C 07-4197 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner filed a notice of appeal, which the court construes as also requesting a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 84.) The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: April 16, 2008

                                                              SUSAN ILLSTON<br>
                                            United States District Judge